UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROL STEVENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:17-cv-000607 |
| NATIONSTAR MORTGAGE, LLC, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, CAROL STEVENS, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: August 17. 2017.

RESPECTFULLY SUBMITTED,

 /s/ Pooja Dosi
Pooja Dosi
Agruss Law Firm, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Phone: (312) 224-4695
Fax: (312) 253-4451
pooja@agrusslawfirm.com
*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

On August 17, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel. Heather Howell Wright, at hwright@bradley.com.

By: /s/ Pooja Dosi
Pooja Dosi