UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROL STEVENS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:17-cv-00607 |
| NATIONSTAR MORTGAGE, LLC, | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

Plaintiff, CAROL STEVENS, and Defendant, NATIONSTAR MORTGAGE, LLC, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: August 17. 2017.

| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
|---|---|
| /s/ Pooja Dosi | /s/ Heather Howell Wright |
| Pooja Dosi | Heather Howell Wright |
| Agruss Law Firm, LLC | Bradley, Arant Boult Cummings LLP |
| 4809 N. Ravenswood Ave., Suite 419 | Nashville Office |
| Chicago, IL 60640 | 1600 Division Street Suite 700 |
| Phone: (312) 224-4695 | Nashville, TN 37203 |
| Fax: (312) 253-4451 | (615)252-2342 |
| pooja@agrusslawfirm.com | Fax: 615-252-6342 |
| *Admitted Pro Hac Vice* | hwright@bradley.com |

## CERTIFICATE OF SERVICE

On September 21, 2017, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By /s/ Pooja Dosi
Pooja Dosi